JPML FORM 1A  DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 343 -- IN RE UPJOHN COMPANY ANTIBIOTIC "CLEOCIN" PRODUCTS LIABILITY LITIGATION

| Date | No. Code | |
|---|---|---|
| 2/10/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC., SECOND SUPPL.CERT. OF SVC., THIRD SUPPL. CERT. OF SVC -- Plaintiffs Walter J. and Agnes Wojcik (ea) |
| | | SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF LOUISIANA |
| 2/21/78 | | APPEARANCES-- TIMOTHY E. KELLEY, ESQ. for Daween Dillingham |
| | | R. RAY ORRELL, JR. for Robert L. and Deborah D. Timm |
| | | KENNETH M. HENKE, ESQ. for Barry C. Escher |
| | | WAYNE H. SCHEUERMANN, ESQ. for O. L. Mauldin |
| | | MAURICE L. TYNES, ESQ. for Lois and Maxine L. Hyatt |
| | | ROY E. GARRIS, JR., ESQ. for Kirk A. King |
| | | GEORGE KARGIANIS, ESQ. for Schatz |
| | | JAMES P. MALONEY, ESQ. for Schwan |
| | | JUDY PLATT PEARLMAN for William and Barbara Weisz |
| | | LESLIE N. REIZES, ESQ. for Walter J. and Agnes Wojcik |
| | | ORLIN W. BACKES, ESQ. for Dale G. Niewoehner |
| | | THOMAS H. BLEAKLEY, ESQ. for Juanita Stavro |
| | | HERBERT DYM, ESQ. for The Upjohn Co. |
| | | FRANK W. DRAPER, ESQ. for Dr. Donald L. Emenhiser |
| | | JOHN M. SWIETLIK, ESQ. for Eli Lilly and Co. |
| | | WILLIAM P. SKEMP, ESQ. for Charles Whipkey |
| 2/23/78 | | APPEARANCE -- ROY MAUGHAN, ESQ for Alta Garrett McClanahan |
| 2/23/78 | 2 | RESPONSE -- Eli Lilly and Company -- w/ cert. of service (cds) |
| 2/24/78 | | REQUEST FOR EXTENSION OF TIME -- Kenneth Henke, Esq. for Barry C. Escher, GRANTED TO AND INCLUDING March 3, 1978. (ea) |
| 2/24/78 | | REQUEST FOR EXTENSION OF TIME -- UPJOHN CO. -- GRANTED TO 3/3/78 (rew) |
| 2/27/78 | | APPEARANCE -- BILLY H. EZELL for LOIS HYATT; |
| 3/1/78 | 3 | RESPONSE - Daween Dillingham -- w/cert. of service (cds) |
| 3/1/78 | | SUPPLEMENTAL CERTIFICATE OF SERVICE -- Plaintiff Wojcik (cds) |
| 3/2/78 | | HEARING ORDER -- Setting A-1 thru A-8, A-10, A-11, and A-13 thru A-18 for hearing to be held in Washington, D.C. on 3/31/78. (ea) |
| 3/3/78 | | SUPPLEMENTAL CERT. OF SERVICE FOR RESPONSE NO. 2 |
| 3/3/78 | 4 | RESPONSE -- MEMORANDUM -- UPJOHN COMPANY w/cert of service |
| 3/6/78 | 5 | RESPONSE -- Charles Whipkey w/cert. of svc. (ea) |
| 3/6/78 | 6 | RESPONSE -- William Weisz and Barbara Weisz -- w/ cert. of service (cds) |
| 3/6/78 | | APPEARANCE -- John H. Hannah, Jr., for U.S.A. |
| 3/6/78 | 7 | MEMORANDUM/RESPONSE -- Plaintiff Juanita Stavro -- w/cert of service (cds) |
| 3/9/78 | 8 | RESPONSE -- Eileen Sanderson and Ian Sanderson -- w/cert. of service (cds) |
| 3/10/78 | 9 | RESPONSE -- Alberta Schatz -- w/cert. of service (cds) |
| 3/10/78 | 10 | RESPONSE/MEMORANDUM -- Arthur Spector, M.D. and Patience White, M.D.-- w/cert. of service (cds) |
| 3/10/78 | | APPEARANCE -- LIONEL H. PERLO, ESQ. for Arthur Spector, M.D. and Patience White, M.D. (cds) |
| 3/13/78 | 11 | RESPONSE -- STEVEN R. SCHWAN w/service indicated. (rew) |
| 3/13/78 | 12 | RESPONSE -- EILEEN SANDERSON w/cert. of service (rew) |
| | | SEE NEXT PAGE |

JPML FORM 1A - Continuation                               DOCKET ENTRIES -- p. 2

DOCKET NO. 343 -- IN RE THE UPJOHN CO. ANTIBIOTIC "CLEOCIN" PRODUCTS LIABILITY LIT.

| Date | No. Code | |
|---|---|---|
| 3/13/78 | 12 | RESPONSE -- BARRY C. ESCHER w/cert. of service (rew) |
| 3/17/78 | 13 | RESPONSE -- ROBERT H. AND DEBORAH D. TIMM w/cert. of service (rew) |
| 3/20/78 | 14 | RESPONSE OF OPPOSITION TO MOTION OF TRANSFER/MEMORANDUM w. cert of service -- United States of America (emh) |
| 3/20/78 | 15 | RESPONSE IN SUPPORT OF MOTION, w/cert of service -- Dale G. Niewoehner. (ea) |
| 3/23/78 | | HEARING APPEARANCES, MARCH 31, 1978, WASHINGTON, D. C. <br> R. Ray Orrill, Jr., Esq. for Deborah D. Timm, et al. and Barry Escher <br> Kenneth M. Henke, Esq. for Barry C. Escher, <br> Herbert Dym, Esq. for The Upjohn Company <br> John M. Swietlik, Esq. for Eli Lilly & Co. |
| 3/23/78 | | WAIVERS OF ORAL ARGUMENT -- MARCH 31, 1978 HEARING -- WASHINGTON, D.C. <br> Andrew C. Meyer, Jr., Esquire for Eileen Sanderson, et al. <br> Timothy E. Kelley, Esq. for Daween Dillingham <br> Thomas H. Bleakley, Esq. vor Juanita and Zasil Starvo <br> Lionel H. Perlo, Esq. for Arthur Spector and Patience White <br> Otis Carroll, Esquire for United States of America (rew) <br> William P. Skemp, Esquire for Whipkey (rew) |
| 3/24/78 | | WAIVER OF ORAL ARGUMENT -- MARCH 31, 1978 -- Washington, D.C. Hearing <br> Leslie N. Reizes, Esq for plaintiffs Walter J. and Agnes Wojcik |
| 3/27/78 | | WAIVER OF ORAL ARGUMENT -- MARCH 31, 1978 -- Washington, D.C. Hearing <br> Maurice L. Tynes, Esq. for plaintiffs LOIS AND MAXINE HYATT (cds) |
| 3/27/78 | 16 | RESPONSE -- Plaintiffs Lois and Maxine Hyatt -- w/cert. of service (cds) |
| 3/27/78 | 17 | RESPONSE -- Plaintiff Alta Garrett McClanahan -- w/cert. of service (cds) |
| 3/27/78 | | WAIVER OF ORAL ARGUMENT -- Plaintiff McClanahan -- included in pleading no. 17 (cds) |
| 4/3/78 | | SUPPLEMENTAL CERTIFICATE OF SERVICE for Pleading 16 (cds) |
| 5/23/78 | | CONSENT OF TRANSFEREE COURT -- for litigation to be assigned to E.D. Michigan under Section 1407. (emh) |
| 5/23/78 | | OPINION AND ORDER -- transferring A-1 thru A-10 and A-15, A-17, A-18 to E.D. Michigan under Section 1407 for assignment to Judge Cornelia G. Kennedy. OPINION AND ORDER DENIES TRANSFER of A-11, A-13 & A-14. (actions are ready for trial where they are pending) (emh) |
| 5/25/78 | 18 | MOTION/BRIEF FOR RECONSIDERATION/REMAND -- The Upjohn Company (A-5) Lois Hyatt v. The Upjohn Company, W.D. La., #75-0398 -- w/cert. of service (cds) |
| 5/31/78 | | CORRECTION ORDER -- Noting corrections to be made on pages 2, 4 and 6 regarding the Hyatt action in W. La. -- Notified involved counsel, judges, clerks and all other recipients (cds) |
| 6/30/78 | 19 | A-8 SHATZ v. THE UPJOHN CO., E.D.MICH., 78-71345 (by Upjohn) MOTION, BRIEF, CERTIFICATE OF SERVICE -- FOR REMAND (rew) |
| 7/17/78 | 20 | RESPONSE (to Pleading No. 19) IN SUPPORT OF MOTION -- Plaintiff Richard M. and Alberta L. Schatz -- w/cert. of service (cds) |
| 8/15/78 | | REMAND ORDER -- Remanding (A-8) Richard M. and Alberta L. Schatz v. The Upjohn Co., E.D. Mich., C.A. No. 78-71345, Back to the Western District of Wash. (cds) |

JPML FORM 1A - Continuation          DOCKET ENTRIES -- p. 3

DOCKET NO. 343 -- IN RE THE UPJOHN COMPANY ANTIBOTIC "CLEOCIN" PRODUCTS LIABILITY LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 10/23/78 | | B-19 Russel v. Upjohn Co., S.D.Miss., #78-0025(R)<br>B-20 Goodson v. Upjohn Co., D.S.C., # 78-1462<br>B-21 Mauldin v. Upjohn Co., et al., E.D.LA., #78-3117<br>CTO's FILED TODAY. Notified Counsel and Judges. (emh) |
| 11/6/78 | | NOTICE OF OPPOSITION -- (B-21) Bauldin v. Unjohn Co., E.D.LA., #78-3117 -- Plaintiff O.L. Mauldin (emh) |
| 11/6/78 | 21 | MOTION TO STAY CONDITIONAL TRANSFER ORDER -- Plaintffs O.L. Mauldin - w/cert. of svc. (emh) |
| 11/8/78 | | B-19 -- Russel v. Upjohn Co., S.D.Miss., 78-0025(R)<br>B-20 -- Goodson v. Upjohn Co., D.S.C., 78-1462<br>CTOs FINAL TODAY. Notified Involved Clerks and Judges (rew) |
| 11/15/78 | | CONDITIONAL TRANSFER ORDER FILED TODAY --<br>B-22 Polly J. Cooke v. The Upjohn Company, C.D. Calif., #78-4008-RF -- Notified involved counsel & judges (cds |
| 11/27/78 | 22 | JOINDER IN RESPONSE TO MOTION TO STAY CTO -- w/Exhibit A and w/cert. of svc. (emh) |
| 11/27/78 | 23 | MOTION/BRIEF TO INCLUDE (A-5) Hyatt v. Upjohn, W.D.La., C.A. No. 75-0398, IN COORDINATED PRETRIAL PROCEEDINGS IN EASTERN MICHIGAN -- Plaintiffs Louis & Maxine Hyatt, w/Exhibits A, B and C and cert. of serv. (cds) |
| 11/30/78 | | NOTICE OF OPPOSITION -- (B-22) Cooke v. Upjohn, C.D.Cal., C.A. No. 78-4008-RF -- Defendant Upjohn (cds) |
| 12/8/78 | | HEARING ORDER -- setting A-5, B-21 and B-22 for hearing to be held in Wash., D.C. on Jan. 19, 1979. (ea) |
| 12/11/78 | | B-21 O.L. Mauldin v. The Upjohn Co., et al., E.D.La., C.A. No. 78-3117<br>ORDER VACATING CONDITIONAL TRANSFER ORDER AND HEARING ORDER. (ea) |
| 12/11/78 | | LETTER -- counsel for plaintiff -- regarding status (emh) |
| 12/11/78 | 24 | RESPONSE/MEMORANDUM -- The Upjohn Company -- w/Exhibits A and B and cert. of svc. (emh) |
| 12/14/78 | 25 | MOTION/MEMORANDUM TO VACATE CTO -- (B-22) Cooke v. The Upjohn Co.,C.D.Ca., # 78-4008-RF -- filed by Upjohn Co. -- w/cert. of svc. (emh) |
| 12/26/78 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Polly L. Cooke -- Granted to and including 1/2/79 (emh) |
| 12/27/78 | 26 | SUPPLEMENTAL MEMORANDUM TO MOTION TO VACATE CTO (B-22) -- The Upjohn Co. -- w/cert. of service & Exhibit A (cds) |
| 1/2/79 | | APPEARANCE -- Charles W. Willey for Polly J. Cooke (emh) |

JPML FORM 1A

4

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 1/2/79 | 27 | RESPONSE -- Polly J. Cooke -- w/cert. of svc. (emh) |
| 1/2/79 | 28 | RESPONSE/MEMORANDUM -- Upjohn Co. -- w/Exhibit 1 and A and w/cert. of svc. (emh) |
| 1/19/79 | | HEARING APPEARANCES -- <br> William E. Bush (Liason Counsel) The Upjohn Co. <br> Maurice L. Tynes for Lois & Maxine Hyatt (emh) |
| 1/24/79 | | ORDER DENYING MOTION FOR RECONSIDERATION to transfer (A-5) Hyatt, et al. v. The Upjohn Co., W.D. La., C.A.No. 75-0398. Notified involved counsel and judges. (ea) |
| 2/1/79 | | B-22 Cooke v. The Upjohn Co., C.D. Cal.,C.A.No. 78-4008-RF ORDER VACATING CONDITIONAL TRANSFER ORDER filed today. Notified involved counsel, clerks and judges.(ea) |
| 80/05/28 | | SUGGESTION FOR REMAND -- for nine cases to be remanded back to original transferor districts -- Hon. Cornelia G. Kennedy, E.D.Mich., 6th Circuit, signed on 5/9/80. (ea) |
| 80/05/28 | | CONDITIONAL REMAND ORDERS filed in nine cases listed below. Notified involved counsel and judge. (ea) |

| Case | Number |
|---|---|
| Daween Dillingham v. The Upjohn Co. (E.D. Tex.,C.A.No. S-75-112-CA) | 78-71339 |
| Barry C. Escher v. The Upjohn Co., et al. (E. D. La., C.A.No. 75-1745F(4)) | 78-71340 |
| Alta Garrett McClanahan v. The Upjohn Co. (E.D. La., C.A. No. 75-1274F(5)) | 78-71342 |
| Kirk A. King v. The Upjohn Co. (D. South Carolina, C.A.No. 76-758) | 78-71343 |
| Eileen C. Sanderson, et al. v. The Upjohn Co., et al. (D. Mass., C.A. No. 75-4228F) | 78-71344 |
| Steven R. Schwan v. The Upjohn Co. (E.D. Wisc., C.A.No. 77-C-363) | 78-71346 |
| Dale G. Niewoehner v. The Upjohn Co. (D. North Dakota, C.A.No. A77-4019) | 78-71348 |
| Joy Russell, et al. v. The Upjohn Co. (S.D. Mississippi, C.A.No. H78-0025(r)) | 78-72937 |
| Agnes M. Goodson v. The Upjohn Co. (D. South Carolina, C.A. No. 78-1462) | 78-72936 |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 343 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/06/13 | | CONDITIONAL REMAND ORDERS FINAL TODAY in nine cases listed below. Notified involved clerks and judge. (ds) |

| | |
|---|---|
| Daween Dillingham v. The Upjohn Co. (E.D. Tex., C.A.No. S-75-112-CA) | 78-71339 |
| Barry C. Escher v. The Upjohn Co., et al. (E. D. La., C.A.No. 75-1745F(4)) | 78-71340 |
| Alta Garrett McClanahan v. The Upjohn Co. (E.D. La., C.A. No. 75-1274F(5)) | 78-71342 |
| Kirk A. King v. The Upjohn Co. (D. South Carolina, C.A.No. 76-758) | 78-71343 |
| Eileen C. Sanderson, et al. v. The Upjohn Co., et al. (D. Mass., C.A. No. 75-4228F) | 78-71344 |
| Steven R. Schwan v. The Upjohn Co. (E.D. Wisc., C.A.No. 77-C-363) | 78-71346 |
| Dale G. Niewoehner v. The Upjohn Co. (D. North Dakota, C.A.No. A77-4019) | 78-71348 |
| Joy Russell, et al. v. The Upjohn Co. (S.D. Mississippi, C.A.No. H78-0025(r)) | 78-72937 |
| Agnes M. Goodson v. The Upjohn Co. (D. South Carolina, C.A. No. 78-1462) | 78-72936 |

DOCKET NO. 343 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE UPJOHN COMPANY ANTIBIOTIC "CLEOCIN" PRODUCTS LIABILITY LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s): 3/31/78
Consolidation Ordered: 5/23/78   Consolidation Denied: _____
Opinion and/or Order: 5/23/78
Citation: 450 F Supp 1168

Transferee District: E.D. Michigan   Transferee Judge: Cornelia G. Kennedy (6th Circuit)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Daween Dillingham v. The Upjohn Co. | E.D.TEX Justice | S-75-112-Ca | 5/23/78 | 78-71339 | 6/13/80 R | |
| A-2 | Barry C. Escher v. The Upjohn Co. | E.D.LA Mitchell | 75-1745F(4) | 5/23/78 | 78-71340 | 6/13/80 R | |
| A-3 | O. L. Mauldin v. The Upjohn Co. | E.D.LA Mitchell | 75-948 F(2) | 5/23/78 | 78-71341 | 5/1/09 to La. E. | |
| A-4 | Alta Garrett McClanahan v. The Upjohn Company | E.D.LA West Mitchell | 75-1274 F(5) | 5/23/78 | 78-71342 | 6/13/80 R | 1/24/79 |
| A-5 | Lois Hyatt v. The Upjohn Company | W.D.LA Vernon | 75-0398 | 5/23/78 | Denied | See order 5/31/78 denying action | |
| A-6 | Kirk A. King v. The Upjohn Company | D.S.C. Chapman | 76-758 | 5/23/78 | 78-71343 | 6/13/80 R | |
| A-7 | Eileen C. Sanderson, et al. v. The Upjohn Company, et al | D.MASS. Freedman | 75-4228-F | 5/23/78 | 78-71344 | 6/13/80 R | |
| A-8 | Richard M. and Alberta L. Schatz v. The Upjohn Company | W.D.WA. Sharp | C75-51S | 5/23/78 | 78-71345 | 8/15/78 Remanded | |
| A-9 | Beverly and Robert Schimpf v. The Upjohn Company | E.D.PA. Ditter | 75-1323 | | | | |
| A-10 | Steven R. Schwan v. The Upjohn Company | E.D.WI Gordon | 77-C-363 | 5/23/78 | 78-71346 | 6/13/80 R | |
| A-11 | William & Barbara Weisz v. The Upjohn Company et al | E.D.WI Reynolds | 75-C-258 | denied transfer | | | 5/23/78 (denied) |
| A-12 | Sandra and William P. Souther v. The Upjohn Company | N.D.GA | C76-486 | do not count | | 11/9/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Paula Stanfield v. The Upjohn Company | E.D.MO Wangelin | 77-0557 C(2) | denied transfer 5/23/78 (denied) | | | |
| A-14 | Charles M. Whipkey v. The Upjohn Co. | W.D.WI Doyle | 75-C-553 | denied transfer 5/23/78 (denied) | | | |
| A-15 | Walter J. and Agnes Wojcik, Jr. v. The Upjohn Company | N.D.N.Y. Foley | 75-CV-541 | 5/23/78 | 78-71347 | 1/4/79 dism. | |
| A-16 | Marilyn S. Wolf v. The Upjohn Company | S.D.N.Y. Goettel | 75-CIV-320 | | | | |
| A-17 | Dale G. Niewoehner v. The Upjohn Company | D.N.Dak. Van Sickle | A77-4019 | 5/23/78 | 78-71348 | 6/13/80 R | |
| XYZ-18 | Juanita and Zasil Stavro v. The Upjohn Company | E.D.MI. Kennedy | 77-1761 | | | | |
| B-19 | Joy Russell v. The Upjohn Company 10/23/78 | S.D.Miss Russell | H78-0025(R) | 1/3/79 | 78-72937 | 6/13/80 R | |
| B-20 | Agnes M. Goodson v. The Upjohn Company 10/23/78 | D.S.C. Simons | 78-1462 | 1/3/79 | 78-72934 | 6/13/80 R | |
| B-21 | O.L. Mauldin v. The Upjohn Co., et al. NDA to 10/23/78 opposed | E.D.LA. Gordon | 78-3117 | | | | order vacating 12-1-78 |
| B-22 | Polly J. Cooke v. The Upjohn Company 11/15/78 agreed | C.D.Cal. Firth | 78-4008-RF | DO NOT COUNT | | | 2/1/79 |

July 1978 - 10 TR - 1 XYZ - 1 R pdg

July 1979 - 12 TR - 1 XYZ = 13 pdg. - 1 DIS; 1 REM; 1 REASS
                 10        pdg.

July 1980 - Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 343 -- IN RE THE UPJOHN COMPANY ANTIBIOTIC "CLEOCIN"

PRODUCTS LIABILITY LITIGATION

| PLAINTIFFS LIAISON COUNSEL | DEFENDANTS LIAISON COUNSEL (UPJOHN CO.) (Order 9/14/78) |
|---|---|
| Kenneth M. Henke, Esquire<br>Dan C. Garner & Associates<br>3612 One Shell Square<br>New Orleans, La. 70139 | William E. Bush, Esquire<br>The Upjohn Company<br>7000 Portage Road<br>Kalamazoo, Michigan 49001 |
| Thomas H. Bleakley, Esquire<br>Charfoos & Charfoos<br>4000 City National Bank Bldg.<br>Detroit, Michigan 48226 | James C. Smith, Esquire<br>Kitch, Suhrheinrich & Getto, P.C.<br>2030 Buhl Bldg.<br>Detroit, Mich. |
| O. L. MAULDIN (B-21)<br><s>Chester Francipane, Esquire</s><br>Wayne H. Scheuermann, Esquire<br><s>Francipane, Regan & St. Pee<br>3324 N. Causeway Blvd.<br>Metairie, Louisiana 70002</s> | DR. HERMAN WALKER, INDIV.<br>DR. HERMAN WALKER, PROFESSIONAL CORP.<br>DR. LESLIE T. WALKER, INDIV.<br>DR. LESLIE T. WALKER, PROFESSIONAL CORP.<br>  John J. Hainkel, Jr., Esquire<br>  704 Carondelet Street<br>  New Orleans, La. |
| POLLY J. COOKE (B-22)<br>Charles W. Willey, Esquire<br>1114 State Street #295<br>Santa Barbara, Calif. 93101<br>*Vacated* | TERREBONNE GENERAL HOSPITAL<br>  Christopher B. Siegrist, Esquire<br>  201 Canal Street<br>  Houma, Louisiana<br><br>UPJOHN COMPANY (Local Counsel)<br>  Gerald F. Lofaso, Esquire<br>  300 Bond Street<br>  Houma, Louisiana |
| Lois and Maxine Hyatt (A-5)<br>Maurice L. Tynes, Esq.<br>Levingston, Tynes, Liles & Enxell<br>330 Alamo Street<br>Lake Charles, Louisiana 70601 | |